UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE TAPIA-CORNESO, | CRIMINAL ACTION 1:07-CR-279-CAP-GGB-37 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:11-CV-3477-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the Report and Recommendation ("R&R") of the magistrate judge [Doc. No. 1940] and the movant's motions to vacate order pursuant to Rule 36 [Doc. Nos. 1947 and 1958]. The court agrees with the report and recommendation of the magistrate judge, and it is received with approval and ADOPTED as the opinion and order of this court. The motions to vacate [Doc. No. 1947 and 1958] are DENIED.

SO ORDERED, this 6th day of January, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge